STATE OF NEW JERSEY v. GARY FRANKOWSKI.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE FLOYD GAITHER.

July 12, 1984.

Petition for certification denied.

RAYMOND ARTHUR ABBOTT v. FRED G. BURKE,
COMMISSIONER OF EDUCATION.

July 12, 1984.

Petition for certification granted.

CENTEX HOMES OF NEW JERSEY, INC. v. THE MAYOR AND
COUNCIL OF THE TOWNSHIP OF EAST WINDSOR.

July 12, 1984.

Petition for certification granted.